UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOY RACER, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JOHN DOES 2-52, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.: C 11-02834 LHK (PSG) <br><br> **ORDER INVITING SUBMISSION OF AMICUS CURIAE BRIEFS** <br><br> (Docket No. 3) |

Plaintiff Boy Racer, Inc. ("Boy Racer") applies *ex parte* for leave to take expedited and limited discovery prior to the Fed. R. Civ. P. 26(f) conference. In *Boy Racer, Inc. v. Does 1-52,* Case No. 11-2329, this court granted Boy Racer's motion for leave to take limited discovery as to Doe 1 only, and ordered that Does 2-52 be severed and reassigned to an Article III judge.[1] Does 2-52 were severed and assigned the new case number above. Judge Koh is the presiding judge in this severed matter and any discovery matters have been referred to the undersigned.[2]

In the *ex parte* application, Boy Racer addresses the issues set forth in the court's prior order that caused the court to sever defendants other than Doe 1.

The court has set a hearing on Boy Racer's application for July 12, 2011. Because of the *ex parte* nature of the application and the underlying facts, the court invites amicus curiae briefs from

---

[1] *See* Docket No. 8.

[2] *See* Docket No. 7.

1 | non-parties. No later than July 5, 2011, any non-party wishing to respond to the application may file
2 | a brief of 15 pages or less on the electronic docket in this action. No reply will be considered.
3 | Dated: June 17, 2011

PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 2*