# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
**Magistrate Judge Paul S. Grewal**
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: July 12, 2011                              Time in Court: [12:11 to 12:23 (12)]

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Lee-Anne Shortridge

---

**TITLE: Boy Racer, Inc. v. Does 2-52**
**CASE NUMBER**: **CV11-02834 LHK (PSG)**
Plaintiff Attorney(s) present: Brett Gibbs
Defendant Attorney(s) present: No appearances

---

## PROCEEDINGS
**Plaintiff's Motion for Leave to Take Expedited Discovery (Doc. 3)**

Argument is presented.

The Court takes matter under submission; written order after hearing to be issued.

///