1  Brett L. Gibbs, Esq. (SBN 251000)
   Steele Hansmeier PLLC.
2  38 Miller Avenue, #263
   Mill Valley, CA 94941
3  415-325-5900
   blgibbs@wefightpiracy.com
4
   *Attorney for Plaintiff*
5

6
                IN THE UNITED STATES DISTRICT COURT FOR THE
7
                       NORTHERN DISTRICT OF CALIFORNIA
8
                              SAN JOSE DIVISION
9

10

11
   BOY RACER, INC.,                )    No. C-11-02834 LHK
12                                 )
          Plaintiff,                )
13                                 )
          v.                        )    [~~PROPOSED~~] ORDER GRANTING
                                    )    PLAINTIFF'S MOTION FOR
14 DOES 2-52,                       )    LEAVE TO CONTINUE INITIAL
                                    )    CASE MANAGEMENT CONFERENCE
15        Defendants.               )
                                    )
16 _____  )

17   **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE INITIAL
                      CASE MANAGEMENT CONFERENCE**
18
         On August 26, 2011, Plaintiff filed a Motion for Administrative Relief for Leave to Continue
19
   the Initial CMC, which was originally scheduled by the Court at the commencement of this action.
20
   In light of the points made in Plaintiff's Motion, and for good cause appearing,
21
         IT IS HEREBY ORDERED that the case management currently scheduled for September 21,
22
23 2011, is continued to Wednesday, December 14, 2011, at 2:00 p.m. **on the 4th Floor in Courtroom 8**

24 **of the San Jose Federal Court.**

25
   DATED: September 14, 2011                              _____
26                                                                Lucy H. Koh
                                    IT IS SO ORDERED       United States District Court Judge
27                                  AS MODIFIED
                                    Judge Lucy H. Koh
28